UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENEDICT CAIOLA

Plaintiff,

-v-

LOCKEY MAISONNEUVE, MELISA TROPEANO, and THE MTL COMMUNICATIONS GROUP LLC

Defendant.

Case No. 18cv11646

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

BENEDICT CAIOLA (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 12/13/2018

Signature of Attorney

Attorney Bar Code: RW9041

Form Rule7_1.pdf SDNY Web 10/2007