UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
BENEDICT CAIOLA                                          Case No.: 18cv11646

                      Plaintiff,                      NOTICE OF RELATED
                                                           CASE PENDING IN THE
                                                            DISTRICT OF NEW JERSEY

                  -against-                         JURY TRIAL DEMANDED

LOCKEY MAISONNEUVE,
MELISA TROPEANO, and
THE MTL COMMUNICATIONS GROUP LLC

                      Defendants.
-----------------------------------------------------------------------x

      Plaintiff Benedict Caiola ("Caiola") hereby gives notice that the case captioned *Lockey Maisonneuve v. Benedict Caiola, 2:18cv13955,* pending before the District Court of New Jersey ("The New Jersey Action") is related to the above captioned case.

      The New Jersey Action was initially filed on June 26, 2018, in the Superior Court of New Jersey Law Division, Union County, then removed by Caiola to the District Court of New Jersey on September 17, 2018. Contemporaneously with his removal, Caiola filed a motion to dismiss or in the alternative to transfer the New Jersey Action to the Southern District of New York.

      Both cases have similar questions of law and fact.

Dated: New York, New York
December 14, 2018

Respectfully submitted,

**MISHCON DE REYA NEW YORK LLP**

By: */s/ Robert A. Whitman*
Robert A. Whitman
Vincent Filardo, Jr.
Elizabeth Long

156 Fifth Avenue, Suite 904
New York, NY 10010
Tel: (212) 612-3270
Fax: (212) 612-3297
robert.whitman@mishcon.com
vincent.filardo@mishcon.com
elizabeth.long@mishcon.com
*Attorneys for Plaintiff Benedict Caiola*