UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENEDICT CAIOLA,<br><br>  Plaintiff,<br><br>v.<br><br>LOCKEY MAISONNEUVE, et al.,<br><br>  Defendants. | Civil Action No. 1:18-CV-11646-NRB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Ryan J. Cooper of the law firm Cooper, LLC hereby enters his appearance as counsel for defendant Lockey Maisonneuve without waiver of the right to contest this Court's personal jurisdiction. I certify that I am admitted to practice in this Court.

Dated: December 22, 2018

                                        Respectfully submitted,

                                        By: /s/Ryan J. Cooper
                                        Ryan J. Cooper, Esq.
                                        **COOPER, LLC**
                                        108 N. Union Ave., Suite 4
                                        Cranford, New Jersey 07016
                                        *Counsel for Defendant Lockey Maisonneuve*