

156 Fifth Avenue, Suite 904
New York, NY 10010

March 19, 2019

Direct Tel:   212 257-4455
Direct Fax:   212-612-3297
E-mail:   robert.whitman@mishcon.com

**V<small>IA</small> CM/ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Caiola v. Maisonneuve*, No. 1:18-cv-11646-NRB

Dear Judge Buchwald:

      This firm represents plaintiff Benedict Caiola in the above captioned matter.  We write to inform the Court of the status of related case *Maisonneuve v. Caiola,* 2:18-cv-13955-JMV-MF (D.N.J.).

      On March 18, 2019, Honorable Judge Vasquez granted Mr. Caiola's motion to transfer the related case and ordered the case be transferred to the Southern District of New York.  A copy of that order is attached as Exhibit A to this letter.

      As a result, Mr. Caiola respectfully requests that the Court lift the stay in 1:18-cv-11646-NRB.

Sincerely,

*/s/ Robert A. Whitman*

Robert A. Whitman

cc:    Ryan J. Cooper, Esq.
       Vincent Filardo, Jr., Esq.