

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 5/21/19         │
└─────────────────────────────┘
```

Robert Whitman
Partner
(212) 257-4455 (Direct)
(212) 612-3297 (Fax)
Robert.Whitman@Mishcon.com
156 Fifth Avenue, Suite 904
New York, NY 10010-7002

www.mishconnewyork.com

May 20, 2019

**VIA CM/ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Caiola v. Maisonneuve*, No. 1:18-cv-11646-NRB
             *Maisonneuve v. Caiola*, No. 1:19-cv-02567-NRB
             Joint Letter – Status of Accounting and Settlement Discussions

Dear Judge Buchwald:

        The parties' jointly submit this letter, by the undersigned counsel, as directed by the Court on April 18, 2019 ("Order").

        In accordance with the Court's Order Ms. Maisonneuve has provided to Mr. Caiola an accounting of the number of books she has sold in print and Amazon Kindle. Likewise, Mr. Caiola has provided to Ms. Maisonneuve an accounting of the expenditures he has made pursuant to the Investor Agreement. The parties are awaiting confirmation of all Kindle e-book sales. The parties have reserved their rights to challenge certain entries and assertions on the respective accountings.

        Counsel to the parties have met and conferred with respect to the accountings and discussed their respective settlement positions. There remain further issues to resolve. Counsel believes that if settlement is to occur the parties would benefit from an additional thirty days to negotiate. Accordingly, the undersigned request that the Court set a tentative status conference

**ENDORSEMENT**

The parties should submit a status report by June 17, 2019. Thereafter the Court will determine next steps.

*[signature]*
5/21/19

Switchboard: +1 212 612 3270
Main Fax:    +1 212 612 3297

New York: Mishcon de Reya New York LLP
London:   Mishcon de Reya Solicitors

A list of partners is available for inspection at the above address

to be held after June 17, 2019. The parties would submit a written progress report by June 17, 2019.

                                          Respectfully,

                                          */s/ Robert Whitman*
                                          Robert Whitman
                                          Counsel for Plaintiff/Defendant
                                          *Benedict Caiola*

                                          */s/ Ryan J. Cooper*
                                          Ryan J. Cooper

                                          Counsel for Defendant/Plaintiff
                                          *Lockey Maisonueve*
                                          and
                                          Defendants
                                          *Melissa Tropeano and*
                                          *The MTL Communications Group LLC*

VF:kk
cc:    Benedict J. Caiola, Esq.
       Lockey Maisonueve
       Melissa Tropeano

2