UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
BENEDICT CAIOLA, :
 :
                        Plaintiff, : Case No. 18cv11646-NRB
 :
   v. :
 :
LOCKEY MAISONNEUVE, :
MELISA TROPEANO, and :
THE MTL COMMUNICATIONS GROUP LLC, :
 :
                    Defendants. :
------------------------------------------------------------X

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Porzio Bromberg & Newman, P.C. hereby is substituted in place of the law firm Mishcon de Reya New York LLP as counsel of record for Plaintiff Benedict Caiola in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

Gary M. Fellner (gmfellner@pblaw.com)
PORZIO BROMBERG & NEWMAN, P.C.
156 W. 56th Street, Suite 803
New York, NY 10019
Tel: (212) 265-6888
Fax: (973) 538-5146

Dated: June 13, 2019

| MISHCON DE REYA NEW YORK LLP | PORZIO BROMBERG & NEWMAN, P.C. |
|---|---|
| By: *[signature]* <br> Robert Whitman, Esq. <br> robert.whitman@mishcon.com <br> 156 Fifth Avenue, Suite 904 <br> New York, NY 10010 <br> Tel: (212) 612-3270 <br> Fax: (212) 612-3297 | By: *[signature]* <br> Gary M. Fellner <br> gmfellner@pbnlaw.com <br> 156 W. 56th Street, Suite 803 <br> New York, NY 10019 <br> Tel: (212) 265-6888 <br> Fax: (973) 538-5146 |
| *Outgoing Attorneys for Plaintiff Benedict Caiola* | *Incoming Attorneys for Plaintiff Benedict Caiola* |

Date:

IT IS SO ORDERED

_____
Hon. Naomi Reice Buchwald, U.S.D.J.

## CERTIFICATE OF SERVICE

Pursuant to N.Y. C.P.L.R. § 321(b), the undersigned certifies that on June 13, 2019, he caused the above Stipulation and Order of Substitution of Counsel to be served via the United States District Court, Southern District Of New York Electronic Filing System upon:

Ryan J Cooper, Esq.
Cooper LLC
108 N. Union Ave., Suite 4
Cranford, NJ 07016

*Attorney for Defendant*
*Lockey Maisonneuve*

                                                            */s/ Robert A. Whitman*
                                                            Robert A. Whitman

Legal1us.340941.1